Record and Return to:
Doonan, Graves & Longoria
Attn: Janice Geier
100 Cummings Center, 225D
Beverly, Massachusetts 01915

Doc# 2009012060
Bk 15589  Pg 0367
Received York SS
03/23/2009  12:28PM
Debra L. Anderson
Register of Deeds

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, **Mortgage Electronic Registration Systems, Inc. as nominee for Taylor, Bean & Whitaker Mortgage Corp.**, whose address is 1818 Library Street, Suite 300, Reston, VA 20190 ("ASSIGNOR"), hereby sells, assigns, and transfers to **Taylor, Bean & Whitaker Mortgage Corp.**, whose address is 1417 North Magnolia Avenue, Ocala, FL, 34475 ("ASSIGNEE"), the Assignor's interest in a certain note and mortgage made by **Stephen V. Fleurent and Lynn A. Fleurent** has been given to secure payment of the sum of $327,600.00 and interest, dated December 19, 2007, in **York** County Registry of Deeds in **Book 15325, Page 549**, describing land therein as:

**1 Pine Cone Circle, Biddeford, Maine 04005**

This assignment is effective as of November 26, 2008.

Dated: March 16, 2009

Mortgage Electronic Registration Systems, Inc. as nominee for Taylor, Bean & Whitaker Mortgage Corp., Assignor



By: Erla Carter-Shaw
Its: Vice President

### CORPORATE ACKNOWLEDGMENT

State of Florida)
County of Marion)    ss.

On the 16th day of March in the year 2009 before me, the undersigned, personally appeared Erla Carter-Shaw, Vice President, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of Ocala, County of Marion, in the State of Florida.

SEAL

Notary Public
My commission expires: 7/14/2011



EXHIBIT
D